In the United States District Court for the
Eastern District of California

| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| | § | No. 1:02-cv-06498-OWW |
| v. | § | No. 1:96-cr-05127-OWW |
| | § | |
| | § | |
| MARK CRAWFORD, | § | |
| Defendant. | § | |

ORDER

The Motion of William Christian to withdraw as counsel for Defendant Mark Crawford is hereby GRANTED.

Signed this 6th day of March, 2009.

                                              /s/ OLIVER W. WANGER
                                                Hon. Oliver W. Wanger
                                                U.S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com